464 A.2d 530

Commonwealth v. Murphy, Appellant.
Petition for Allowance of Appeal
Denied Nov. 14, 1983.

 Argued February 3, 1983. Gary R. Eqoville, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Judgment of sentence affirmed.